JACOB E. KAUFFMAN, Respondent, v. LOUIS GOTTLIEB et al., Doing Business under the Name of LOUIS GOTTLIEB & COMPANY, Appellants.— Judgment and orders affirmed, with costs. All concur. (The judgment is for plaintiff in an action for breach of contract. One order denies defendants' motion for a new trial. The other two orders are, *first,* Special Term order by Love, J., denying defendants' motion to change venue from Monroe County to Kings County; *second,* Special Term order by Cribb, J., denying defendants' motion for leave to serve an amended answer and for a stay pending arbitration.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post,* p. 857.]

MILO W. BECKER, Respondent, v. BETHLEHEM TRANSPORTATION COMPANY, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of his having fallen into a firehold on a boat on which plaintiff was employed.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of THEODORE KOSCIUSZKO et al., Respondents, against FRANK T. BARTELA, as Mayor of the City of Dunkirk, et al., Appellants.— Order affirmed, with ten dollars costs and disbursements. Memorandum: We hold that, at least to the time of the approval of the city budget by the Common Council, the Board of Police and Fire Commissioners of Dunkirk has the authority to increase the salaries of the employees herein involved. We do not pass on the question as to where the authority is after the approval of the budget by the Common Council because on this record that question is not before us. All concur. (The order strikes out the defenses in the answer as insufficient in law, and grants motion of petitioners for the certification, appropriation and payment of increases in salaries.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MABEL F. TIERNEY, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order sets aside the verdict of a jury in favor of defendant for no cause of action and grants a new trial, in an action on a life insurance policy.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [179 Misc. 604.]

SOCONY-VACUUM OIL COMPANY, INC., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a railroad negligence action. The order denies defendant's motion for a new trial and for a directed verdict.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [See *post,* p. 939.]

MARY PROTOPAPAS, Respondent, v. ANTHONY PROTOPAPAS, Appellant.— Interlocutory judgment affirmed, with costs. All concur. (The interlocutory judgment awards plaintiff an annulment of the marriage between the parties.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARIE HUGGINS, as Guardian ad Litem of JENNIE MALARK, an Infant, Appellant, v. HARVEY GRANT, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.